1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DARNELL BRIM,                   )    No. CV 08-611-AHS(CW)
                                      )
13                 Petitioner,        )    ORDER ACCEPTING REPORT AND
                                      )    RECOMMENDATION OF UNITED STATES
14             v.                     )    MAGISTRATE JUDGE
                                      )
15   V.M. ALMAGER (Warden),          )
                                      )
16                 Respondent.        )
     _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   records on file, and the Report and Recommendation of the United

20   States Magistrate Judge.  No written Objections to the Report have

21   been filed.  The Court accepts the findings and recommendation of the

22   Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered

23   denying the Petition and dismissing this action with prejudice.

24

25   DATED:    September 21, 2011

26                                         ALICEMARIE H. STOTLER
                                         _____
27                                           ALICEMARIE H. STOTLER
                                           United States District Judge

28