**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARNELL BRIM, | ) | No. CV 08-611-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| V.M. ALMAGER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 21, 2011

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
United States District Judge