**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARNELL BRIM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> V.M. ALMAGER (Warden), ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 08-611-AHS(CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>September 21, 2011</u>

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
United States District Judge